Garlick v. Shane, 209 Ill. App. 497.

## Robert J. Garlick, Appellee, v. S. I. Shane, trading as Shane & Company, Appellant.

### Gen. No. 23,741.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Robert J. Garlick, plaintiff, against S. I. Shane, trading as Shane & Company, defendant. From a judgment for plaintiff, defendant appeals.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellant.

STUART B. KROHN, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13b*—*discretion as to granting continuances.* Rule 13 of the Municipal Court of Chicago, relating to the granting of continuances, is clearly discretionary.

2. MUNICIPAL COURT OF CHICAGO, § 13b*—*when discretion in denying second continuance fairly exercised.* The discretion of the trial court in denying a motion for a second continuance in the Municipal Court of Chicago is fairly exercised, where the amount involved was small, the case was twice on the trial call and continued once at the instance of defendant's counsel, and at the time the case was continued on the first motion the court admonished counsel to be ready to proceed with the trial at the time set for hearing and, if he could not be present himself, to have some other member of his firm look after the case, and the only ground for the second continuance was the absence of one of the counsel in the trial of another case.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.